IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**STANLEY GREEN**                                                                              **PLAINTIFF**

**V.**                                           **NO. 4:20-cv-00179-MPM-JMV**

**ALLSTATE PROPERTY AND**
**CASUALTY INSURANCE COMPANY**                          **DEFENDANT**

**ORDER**

Before the court is the Defendant's unopposed Motion to Stay Deadlines [57]. Having considered the matter, the Court finds that Defendant's Motion is not well taken and is therefore denied.

In the absence of a trial continuance, which has not been sought and granted, the undersigned is obligated to conduct the final pretrial conference as scheduled. As such, in the event that the parties wish to reargue the motion, the parties are advised that they must first obtain a trial continuance before submitting a motion for stay.

**SO ORDERED** this, the 9th day of December, 2021.

                                                /s/ Jane M. Virden
                                                **UNITED STATES MAGISTRATE JUDGE**